United States Bankruptcy Court
Eastern District of Pennsylvania

In re:
John Gallagher, Sr.
    Debtor

Case No. 14-11595-elf
Chapter 13

## CERTIFICATE OF NOTICE

District/off: 0313-2     User: Randi     Page 1 of 2     Date Rcvd: May 15, 2019
                  Form ID: 138NEW     Total Noticed: 18

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
May 16, 2019.
```
db             +John Gallagher, Sr.,    2547 Cedar Street,    Philadelphia, PA 19125-3123
13255749       +Fed Loan Serv,    Po Box 69184,    Harrisburg, PA 17106-9184
13255751       +Police And Fire Fcu,    901 Arch St,    Philadelphia, PA 19107-2495
13255753       +Sun East Fcu,    Pob 2231,    Aston, PA 19014-0231
13285532       +TD Retail Card Services,    c/o Creditors Bankruptcy Service,    P.O. Box 740933,
                 Dallas, TX 75374-0933
13255754       +Td Rcs/Littman Jeweler,    1000 Macarthur Blvd,    Mahwah, NJ 07430-2035
13375260       +U.S. Bank N.A., as trustee,    c/o Select Portfolio Servicing, Inc.,    3815 South West Temple,
                 Salt Lake City, UT 84115-4412
13919968       +U.S. Bank NA,    c/o Matteo S. Weiner, Esq.,    KML Law Group PC,    701 Market St., Ste. 5000,
                 Phila., PA 19106-1541
13255755       +U.S. Bank National Association c/o,    Brian T. LaManna, Esquire,
                 123 South Broad Street, Suite 1400,    Philadelphia, PA 19109-1060
13255756       +Xerox Soluti,    Pob 41818,    Philadelphia, PA 19101-1818
```

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
```
smg             E-mail/Text: megan.harper@phila.gov May 15 2019 08:18:50     City of Philadelphia,
                 City of Philadelphia Law Dept.,    Tax Unit/Bankruptcy Dept,    1515 Arch Street 15th Floor,
                 Philadelphia, PA  19102-1595
smg             E-mail/Text: RVSVCBICNOTICE1@state.pa.us May 15 2019 08:17:56
                 Pennsylvania Department of Revenue,    Bankruptcy Division,    P.O. Box 280946,
                 Harrisburg, PA  17128-0946
smg            +E-mail/Text: usapae.bankruptcynotices@usdoj.gov May 15 2019 08:18:33     U.S. Attorney Office,
                 c/o Virginia Powel, Esq.,    Room 1250,    615 Chestnut Street,    Philadelphia, PA 19106-4404
13255747       +E-mail/Text: bankruptcy_notifications@ccsusa.com May 15 2019 08:19:31     Credit Coll,
                 Po Box 9134,    Needham, MA 02494-9134
13280494        E-mail/Text: mrdiscen@discover.com May 15 2019 08:17:20     Discover Bank,
                 DB Servicing Corporation,    PO Box 3025,    New Albany, OH  43054-3025
13255748       +E-mail/Text: mrdiscen@discover.com May 15 2019 08:17:20     Discover Fin Svcs Llc,
                 Po Box 15316,    Wilmington, DE 19850-5316
13301840        E-mail/Text: JCAP_BNC_Notices@jcap.com May 15 2019 08:18:23     Jefferson Capital Systems LLC,
                 Po Box 7999,    Saint Cloud Mn 56302-9617
13369267        E-mail/PDF: resurgentbknotifications@resurgent.com May 15 2019 08:07:29
                 LVNV Funding, LLC its successors and assigns as,    assignee of Citibank USA, N. A.,
                 Resurgent Capital Services,    PO Box 10587,    Greenville, SC 29603-0587
                                                                                              TOTAL: 8
```

```
              ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
13255750*      +Fed Loan Serv,    Po Box 69184,    Harrisburg, PA 17106-9184
13255752*      +Police And Fire Fcu,    901 Arch St,    Philadelphia, PA 19107-2495
13255757*      +Xerox Soluti,    Pob 41818,    Philadelphia, PA 19101-1818
                                                                                   TOTALS: 0, * 3, ## 0
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: May 16, 2019                                                       Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

```
The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on May 14, 2019 at the address(es) listed below:
              DAVID M. OFFEN    on behalf of Debtor John  Gallagher, Sr. dmo160west@gmail.com,
               davidoffenecf@gmail.com;offendr83598@notify.bestcase.com
              MATTEO SAMUEL WEINER    on behalf of Creditor   U.S. Bank N.A., as trustee, on behalf of the
               holders of the J.P. Morgan Mortgage Acquisition Trust 2006-CH2 Asset Backed Pass-Through
               Certificates, Series 2006-CH2 bkgroup@kmllawgroup.com
              MATTHEW CHRISTIAN WALDT    on behalf of Creditor    Select Portfolio Servicing, Inc. as servicing
               agent for U.S. Bank N.A., as trustee, mwaldt@milsteadlaw.com,    bkecf@milsteadlaw.com
```

```
District/off: 0313-2          User: Randi                 Page 2 of 2                  Date Rcvd: May 15, 2019
                              Form ID: 138NEW             Total Noticed: 18
```

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system (continued)
        REBECCA ANN SOLARZ    on behalf of Creditor    U.S. Bank N.A., as trustee, on behalf of the holders
         of the J.P. Morgan Mortgage Acquisition Trust 2006-CH2 Asset Backed Pass-Through Certificates,
         Series 2006-CH2 bkgroup@kmllawgroup.com
        United States Trustee    USTPRegion03.PH.ECF@usdoj.gov
        WILLIAM C. MILLER    on behalf of Trustee WILLIAM C. MILLER, Esq. ecfemails@ph13trustee.com,
         philaecf@gmail.com
        WILLIAM C. MILLER, Esq.    ecfemails@ph13trustee.com,   philaecf@gmail.com
                                                                                                                         TOTAL: 7

*UNITED STATES BANKRUPTCY COURT*
*EASTERN DISTRICT OF PENNSYLVANIA*

_____

In Re: John Gallagher, Sr.
        Debtor(s)                         Bankruptcy No: 14–11595–elf
                                                                              Chapter: 13

_____

### *NOTICE OF DEADLINES*

To the debtor, debtor's counsel, trustee, and all creditors and parties in interest, NOTICE IS GIVEN THAT:

    1.  The Standing Chapter 13 Trustee has filed his final report and account.

☑    2. Any objection to the Final Report and Account pursuant to Federal Rule 5009, must be filed **within 30 days from the date of this Notice** with the Clerk of the U.S. Bankruptcy Court.

☑    3. Any objection to the entry of the Debtor(s)' Order of Discharge or request to delay the entry of discharge pursuant to 11 U.S.C. § 1328(h), must be filed in writing **within 14 days from the date of this Notice** with the Clerk of the U.S. Bankruptcy Court.

    4. All objections must be filed with the Clerk at the following address:

                900 Market Street
                Suite 400
                Philadelphia, PA 19107

    5. In the absence of any objection, the Court may approve the Trustee's Final Report and Account and enter the Order of Discharge.

                                                          For The Court
                                                    Timothy B. McGrath
                                                      Clerk of Court

Dated: 5/14/19

                                                                                     80 – 79
                                                                                  Form 138_new